NANCY JARVIS, W. P. JARVIS, HATTIE JARVIS, LULA FLEISS, MAE ETTA FLEISS, RANDELL FLEISS, ARTHUR L. JARVIS, RUBY INEZ JARVIS, JIM SWIFT JARVIS, CLARENCE JARVIS, ALLIE JARVIS, PORTER JARVIS, RUSSELL BROWN, MAJOR BROWN, EUGENE BROWN, ANNIE RUTH BROWN, WILLIE BOND, AND LULA BOND, *Appellants* vs. WILLA LEE SALE, JOINED BY HER HUSBAND, H. C. SALE, *Appellees.*

Division B.

Decision Filed June 14, 1924.

An appeal from an order of the Circuit Court within and for Madison County, M. F. Horne, Judge.

*E. Dixie Beggs,* and *R. H. Rowe,* for Appellants;

*J. R. Kelly* and *G .W. Tedder,* for Appellees.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the order aforesaid and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said order; it is, therefore, considered, ordered and adjudged by the Court that the said order of the Circuit Court be, and the same is hereby affirmed.

WHITFIELD, P. J., AND WEST AND TERRELL, J. J., Concur.